UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: HAGEN, OTTO | § Case No. 10-75966 |
| | § |
| | § |
| Debtor(s) | § |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   211 South Court
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 01:00pm on 11/16/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  10/13/2011          By:  /s/JOSEPH D. OLSEN
                                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: HAGEN, OTTO | § | Case No. 10-75966 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*          $    13,029.60

*and approved disbursements of*               $        147.17

*leaving a balance on hand of* [1]            $    12,882.43

**Balance on hand:**                          $    12,882.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:                        $    12,882.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - YALDEN, OLSEN & WILLETTE | 2,052.96 | 0.00 | 2,052.96 |
| Trustee, Expenses - JOSEPH D. OLSEN | 84.10 | 0.00 | 84.10 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,475.00 | 0.00 | 1,475.00 |

Total to be paid for chapter 7 administration expenses:    $    3,612.06
Remaining balance:                                         $    9,270.37

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 9,270.37 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $528.96 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 528.96 | 0.00 | 528.96 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 528.96 |
| Remaining balance: | $ | 8,741.41 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,664.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,910.52 | 0.00 | 1,882.43 |
| 2U | Internal Revenue Service | 703.84 | 0.00 | 121.44 |
| 3 | Zenith Acquisition | 1,232.00 | 0.00 | 212.56 |
| 4 | Capital One Bank (USA), N.A. | 17,659.09 | 0.00 | 3,046.79 |
| 5 | Capital Recovery III LLC | 16,597.48 | 0.00 | 2,863.62 |
| 6 | Capital Recovery IV LLC | 3,562.06 | 0.00 | 614.57 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 8,741.41 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $       0.00
Remaining balance:   $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $       0.00
Remaining balance:   $       0.00


Prepared By:   /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                 Case No. 10-75966-MB
Otto Hagen                                                             Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3         User: cbachman              Page 1 of 2             Date Rcvd: Oct 17, 2011
                             Form ID: pdf006             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2011.
db           +Otto Hagen,    219 Lincoln,    #2,   Fox River Grove, IL 60021-1015
16503699     +Allied Interstate,    PO Box 361774,    Columbus, OH 43236-1774
16503700     +Anthony F. Calzaretta,    Law Offices of Allen S. Gabe & Asso,    931 N. Plum Grove Road,
               Schaumburg, IL 60173-4767
16503701     +Blitt and Gaines, P.C.,    661 W. Glenn Avenue,    Wheeling, IL 60090-6017
16503702    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
16800580      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
               Oklahoma City, OK   73124-8839
16503704      Chase,   Bank One Card Serv,    Westerville, OH 43081
16503703     +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
16503705     +Chase,   10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
16503706     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
16503709      ExxonMobil,   PO Box 688940,    Des Moines, IA 50368-8940
16503711     +Hsbc Nv,   Po Box 19360,    Portland, OR 97280-0360
16503712    ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section, Level 7-425,
               100 W. Randolph Street,    Chicago, IL 60101)
16503707    ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury - IRS,    Centralized Insolvency Operations,
               PO Box 21126,   Philadelphia, PA 19114)
16741238      Internal Revenue Service,    PO Box  7346,   Philadelphia PA 19101-7346
16503713     +J.C. Christensen and Assoc., Inc.,    PO Box 519,    Sauk Rapids, MN 56379-0519
16503714      Law Offices of Mitchell N Kay,    7 Penn Plaza,    New York, NY 10001-3995
16503715      Linebarger Goggan Blair & Sampson,    PO Box 06140,    Chicago, IL 60606-0140
16503718     +Northland Group,    PO Box 390846,    Edina, MN 55439-0846
16503720      Robert Bjork,    19 Lincoln Avenue, Apt. 1,   Fox River Grove, IL 60021
16503721     +Spark Energy Gas,    2105 Citywest Blvd,    Ste 100,   Houston, TX 77042-2855
16503723     +Wffinance,    5615 Northwest Hwy,    Crystal Lake, IL 60014-8056
16503724    +++Zenith Acquisition,    170 Northpointe Pwky,    Suite 300,   Amherst, NY 14228-1992

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16503698      E-mail/Text: roy.buchholz@allianceoneinc.com Oct 18 2011 02:14:37
               Alliance One Receivables Management,    PO Box 3100,    Southeastern, PA 19398-3100
17037639      E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2011 03:11:14     Capital Recovery III LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16627803      E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2011 03:11:14     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,    25 SE 2nd Avenue Suite 1120,
               Miami FL 33131-1605
16698188      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 18 2011 03:10:16     Discover Bank,
               Discover Products Inc.,    PO Box 3025,   New Albany, OH  43054-3025
16503708     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 18 2011 03:10:16     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
16503710     +E-mail/Text: data_processing@fin-rec.com Oct 18 2011 02:15:06
               Financial Recovery Services, Inc.,    P.O. Box 385908,    Minneapolis, MN 55438-5908
16503716     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 18 2011 02:12:37     Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
16503717     +E-mail/Text: brenden.magnino@mcmcg.com Oct 18 2011 02:13:27     Midland Credit Mgmt,
               8875 Aero Dr,   San Diego, CA 92123-2255
16503719     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 18 2011 02:12:37
               Resurgent Capital Services,    15 S Main Street,    Suite 600,   Greenville, SC 29601-2768
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16503722     ##TrueGreen,    PO Box 189,   Dundee, IL 60118-0189
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: cbachman            Page 2 of 2                  Date Rcvd: Oct 17, 2011
                              Form ID: pdf006           Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2011**                         **Signature:**     *Joseph Speetjens*