**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: HAGEN, OTTO                                         §   Case No. 10-75966
                                                           §
                                                           §
Debtor(s)                                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $114,103.29                    Assets Exempt: $107,833.29
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,270.37       Claims Discharged
                                                 Without Payment: $40,690.78

Total Expenses of Administration: $3,759.23

---

    3) Total gross receipts of $ 13,029.60 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,029.60 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,759.23 | 3,759.23 | 3,759.23 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 528.96 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 50,664.99 | 49,961.15 | 9,270.37 |
| **TOTAL DISBURSEMENTS** | $0.00 | $54,953.18 | $53,720.38 | $13,029.60 |

4) This case was originally filed under Chapter 7 on December 03, 2010. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/26/2012          By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| UPS Qualified Stock Ownership SavingsPLUS Plan | 1129-000 | 10,029.04 |
| 2003 Honda Accord 112,000 miles | 1129-000 | 3,000.00 |
| Interest Income | 1270-000 | 0.56 |
| **TOTAL GROSS RECEIPTS** | | **$13,029.60** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| YALDEN, OLSEN & WILLETTE | 2100-000 | N/A | 2,052.96 | 2,052.96 | 2,052.96 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 84.10 | 84.10 | 84.10 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,475.00 | 1,475.00 | 1,475.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.27 | 8.27 | 8.27 |
| Tri-County Investigations | 2990-000 | N/A | 95.00 | 95.00 | 95.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 19.04 | 19.04 | 19.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.54 | 25.54 | 25.54 |
| The Bank of New York Mellon | 2600-000 | N/A | -0.68 | -0.68 | -0.68 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.47 | 26.47 | 26.47 |
| The Bank of New York Mellon | 2600-000 | N/A | -26.47 | -26.47 | -26.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,759.23 | 3,759.23 | 3,759.23 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | N/A | 528.96 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 528.96 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 10,910.52 | 10,910.52 | 2,024.46 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 703.84 | 0.00 | 0.00 |
| 3 | Zenith Acquisition | 7100-000 | N/A | 1,232.00 | 1,232.00 | 228.60 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 17,659.09 | 17,659.09 | 3,276.67 |
| 5 | Capital Recovery III LLC | 7100-000 | N/A | 16,597.48 | 16,597.48 | 3,079.69 |
| 6 | Capital Recovery IV LLC | 7100-000 | N/A | 3,562.06 | 3,562.06 | 660.95 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 50,664.99 | 49,961.15 | 9,270.37 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75966  
**Case Name:** HAGEN, OTTO  

**Period Ending:** 03/26/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 12/03/10 (f)  
**§341(a) Meeting Date:** 01/03/11  
**Claims Bar Date:** 04/18/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** <br> (Scheduled And Unscheduled (u) Property) <br> Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** <br> (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** <br> OA=§554(a) <br> DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account 730638517 Chase Bank | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc household items and furniture | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | The Teamster-UPS National 401k Tax Deferred Savi | 57,968.72 | 0.00 | DA | 0.00 | FA |
| 6 | UPS Savings Plan | 43,264.57 | 0.00 | DA | 0.00 | FA |
| 7 | UPS Qualified Stock Ownership SavingsPLUS Plan | 12,285.36 | 10,000.00 | | 10,029.04 | FA |
| 8 | 2003 Honda Accord 112,000 miles | 6,950.00 | 0.00 | DA | 3,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.56 | FA |
| 9 | Assets   Totals (Excluding unknown values) | **$126,388.65** | **$10,000.00** | | **$13,029.60** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**         **Current Projected Date Of Final Report (TFR):**    October 17, 2011  (Actual)

Printed: 03/26/2012 02:18 PM      V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-75966  
**Case Name:** HAGEN, OTTO  
**Taxpayer ID #:** **-***3532  
**Period Ending:** 03/26/12  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******52-65 - Money Market Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/11 | {7} | BNY Mellon Shareowner Services | sale of shares of stock | 1129-000 | 10,029.04 | | 10,029.04 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 10,029.08 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,029.16 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,029.24 |
| 06/01/11 | | To Account #9200******5266 | pay bond premium | 9999-000 | | 8.27 | 10,020.97 |
| 06/07/11 | | To Account #9200******5266 | Transfer funds to pay process server re: wage deduction | 9999-000 | | 95.00 | 9,925.97 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,926.05 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,926.13 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 19.04 | 9,907.09 |
| 08/18/11 | {8} | Otto J. Hagen | purchase of vehicle | 1129-000 | 3,000.00 | | 12,907.09 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,907.18 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.54 | 12,881.64 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.68 | 12,882.32 |
| 09/30/11 | | Transfer from 65 to 66 | Transfer adjustment to show service fee | 9999-000 | | -26.47 | 12,908.79 |
| 09/30/11 | | Transfer from 65 to 66 | | 9999-000 | | -0.01 | 12,908.80 |
| 09/30/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.11 | | 12,908.91 |
| 09/30/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.01 | | 12,908.90 |
| 09/30/11 | | To Account #9200******5266 | Prep. of F. Rpt | 9999-000 | | 12,882.43 | 26.47 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.47 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,029.59 | 13,029.59 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 12,959.22 | |
| | | | **Subtotal** | | 13,029.59 | 70.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,029.59** | **$70.37** | |

{} Asset reference(s)

Printed: 03/26/2012 02:18 PM    V.12.57

Exhibit 9

## FORM 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 10-75966 | Trustee: | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- |
| Case Name: | HAGEN, OTTO | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******52-66 - Checking Account |
| Taxpayer ID #: | **-***3532 | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 03/26/12 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/01/11 | | From Account #9200******5265 | pay bond premium | 9999-000 | 8.27 | | 8.27 |
| 06/01/11 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-75966, BOND #016018067 | 2300-000 | | 8.27 | 0.00 |
| 06/07/11 | | From Account #9200******5265 | Transfer funds to pay process server re: wage deduction | 9999-000 | 95.00 | | 95.00 |
| 06/07/11 | 102 | Tri-County Investigations | Pay private process server re: wage deduction | 2990-000 | | 95.00 | 0.00 |
| 09/30/11 | | From Account #9200******5265 | Prep. of F. Rpt | 9999-000 | 12,882.43 | | 12,882.43 |
| 09/30/11 | | Transfer from 65 to 66 | Transfer adjustment to show service fee | 9999-000 | -26.47 | | 12,855.96 |
| 09/30/11 | | Transfer from 65 to 66 | Transfer adjustmernt to show interest | 9999-000 | -0.01 | | 12,855.95 |
| 10/11/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -26.47 | 12,882.42 |
| 10/11/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.01 | | 12,882.43 |
| 11/17/11 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $84.10, Trustee Expenses;  Reference: | 2200-000 | | 84.10 | 12,798.33 |
| 11/17/11 | 104 | YALDEN, OLSEN & WILLETTE | Dividend paid 100.00% on $2,052.96, Trustee Compensation;  Reference: | 2100-000 | | 2,052.96 | 10,745.37 |
| 11/17/11 | 105 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,475.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,475.00 | 9,270.37 |
| 11/17/11 | 106 | Discover Bank | Dividend paid 17.25% on $10,910.52; Claim# 1; Filed: $10,910.52; Reference: | 7100-000 | | 1,882.43 | 7,387.94 |
| 11/17/11 | 107 | Zenith Acquisition | Dividend paid 17.25% on $1,232.00; Claim# 3; Filed: $1,232.00; Reference: | 7100-000 | | 212.56 | 7,175.38 |
| 11/17/11 | 108 | Capital One Bank (USA), N.A. | Dividend paid 17.25% on $17,659.09; Claim# 4; Filed: $17,659.09; Reference: | 7100-000 | | 3,046.79 | 4,128.59 |
| 11/17/11 | 109 | Capital Recovery III LLC | Dividend paid 17.25% on $16,597.48; Claim# 5; Filed: $16,597.48; Reference: | 7100-000 | | 2,863.62 | 1,264.97 |
| 11/17/11 | 110 | Capital Recovery IV LLC | Dividend paid 17.25% on $3,562.06; Claim# 6; Filed: $3,562.06; Reference: | 7100-000 | | 614.57 | 650.40 |
| 11/17/11 | 111 | Internal Revenue Service | Combined Check for Claims#2U,2P Voided on 01/16/12 | 5800-003 | | 650.40 | 0.00 |
| 01/16/12 | 111 | Internal Revenue Service | Combined Check for Claims#2U,2P Voided: check issued on 11/17/11 | 5800-003 | | -650.40 | 650.40 |
| 01/16/12 | 112 | Discover Bank | Dividend paid 18.55% on $10,910.52; Claim# 1; Filed: $10,910.52; Reference: | 7100-000 | | 142.03 | 508.37 |
| 01/16/12 | 113 | Zenith Acquisition | Dividend paid 18.55% on $1,232.00; Claim# 3; Filed: $1,232.00; Reference: | 7100-000 | | 16.04 | 492.33 |
| 01/16/12 | 114 | Capital One Bank (USA), N.A. | Dividend paid 18.55% on $17,659.09; Claim# 4; Filed: $17,659.09; Reference: | 7100-000 | | 229.88 | 262.45 |

Subtotals :    $12,959.23    $12,696.78

{} Asset reference(s)

Printed: 03/26/2012 02:18 PM    V.12.57

Case 10-75966    Doc 42    Filed 03/26/12    Entered 03/26/12 14:21:00    Desc Main
Document      Page 8 of 8

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-75966  
**Case Name:** HAGEN, OTTO  

**Taxpayer ID #:** **-***3532  
**Period Ending:** 03/26/12  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******52-66 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/16/12 | 115 | Capital Recovery III LLC | Dividend paid  18.55% on $16,597.48; Claim# 5; Filed: $16,597.48; Reference: | 7100-000 | | 216.07 | 46.38 |
| 01/16/12 | 116 | Capital Recovery IV LLC | Dividend paid  18.55% on $3,562.06; Claim# 6; Filed: $3,562.06; Reference: | 7100-000 | | 46.38 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,959.23 | 12,959.23 | $0.00 |
| | | | Less: Bank Transfers | | 12,959.22 | 0.00 | |
| | | | **Subtotal** | | 0.01 | 12,959.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.01** | **$12,959.23** | |

Net Receipts :        13,029.60  
Net Estate :        $13,029.60

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******52-65** | 13,029.59 | 70.37 | 0.00 |
| **Checking # 9200-******52-66** | 0.01 | 12,959.23 | 0.00 |
| | $13,029.60 | $13,029.60 | $0.00 |